# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2008

134680

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

BOBBY JAY MILLEGE,
      Defendant-Appellant.

SC: 134680
COA: 279050
Saginaw CC: 02-021118-FC

_____/

      On order of the Court, the application for leave to appeal the July 20, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      CAVANAGH, J., would grant leave to appeal.

      KELLY, J., would grant leave to appeal for the reasons set forth in her dissenting statement in *People v Houlihan*, 480 Mich 1165 (2008).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2008

s0616

*Corbin R. Davis*
Clerk